IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

AUG 19 2008

DAVID J. MALAND, CLERK
BY
DEPUTY _____

| | | |
|---|---|---|
| CECIL ALLEN SANDERS, JR., | § | |
| | § | |
| Plaintiff, | § | |
| | § | CASE NO. 4:07cv549 |
| v. | § | |
| | § | |
| UNITED STATES DEPARTMENT OF | § | |
| THE TREASURY, ET AL., | § | |
| | § | |
| Defendants. | § | |

## MEMORANDUM ADOPTING REPORT AND
## RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On July 15, 2008, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that the Federal Defendants' Motion to Dismiss (Dkt. 14) and the Motion to Dismiss of Defendant American Postal Workers Union, AFL-CIO (Dkt. 24) be GRANTED and that Plaintiff's claims in this matter be dismissed with prejudice.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the Court. Therefore, the Federal Defendants' Motion to Dismiss (Dkt. 14) and the Motion to Dismiss of Defendant American Postal Workers Union, AFL-CIO (Dkt. 24) are **GRANTED**, and Plaintiff's claims in this matter are dismissed with prejudice.

1

All motions by either party not previously ruled on are hereby **DENIED**.

**SIGNED** this ___18th___ day of ___August___, 2008.

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE